1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,      )    No.  CR 06-329 JSW
                                  )
14     Plaintiff,                 )    [PROPOSED] ORDER AND STIPULATION
                                  )    CONTINUING   CHANGE   OF   PLEA
15     v.                         )    HEARING FOR JUSTIN JOSE GARCIA
                                  )    FROM JULY 20, 2006 TO JULY 27, 2006
16 WILLIAM MULLIGAN, et al.       )
                                  )    August 10, 2006
17     Defendants.                )
                                  )
18

19     The government and Defendant Justin Jose Garcia hereby stipulate as follows:

20     1. The parties are currently scheduled for a change of plea hearing on July 27, 2006.  The

21 government has provided a written plea proposal to counsel for Defendant Garcia, but due to

22 difficulties communicating this proposal to his client in the Eureka area, Defendant's counsel has

23 not had sufficient time to discuss the plea proposal with his client.

24     2. In addition, the parties are still negotiating certain details of the plea agreement, and

25 need one more week to finalize the agreement.

26     3. Given these circumstances, and particularly the distance between Defendant Garcia's

27 home and the Federal Building, the parties stipulate that the change of plea hearing currently set

28 for July 20, 2006 should be vacated as to Defendant Garcia, and rescheduled for July 27, 2006.

STIPULATION AND ORDER
CR 06-329 JSW

IT IS SO STIPULATED.

DATED: ___7/19/06_____          _____/s/_____
                                              TRACIE L. BROWN
                                              Assistant United States Attorney

DATED: ____7/19/06_____         _____/s/_____
                                              STEVEN GRUEL
                                              Attorney for Justin Jose Garcia

IT IS SO ORDERED. with the modification that the matter shall be set on August 10, 2006 at 2:30 p.m. for a change of plea.

DATED: July 19, 2006                          _____/s/ Jeffrey S. White____
                                              THE HON. JEFFREY S. WHITE
                                              United States Magistrate Judge

STIPULATION AND ORDER
CR 06-329 JSW                                 2