# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 06-00329-4 JSW
)
Justin J. Garcia )
)

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __February 22, 2007__ be continued until __March 15, 2007__ at __2:30 p.m.__ .

Date: __FEB 1 6 2007__

Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04