STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Justin Jose Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-06-00329-JSW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| Vs. | ) TO CONTINUE  SENTENCING HEARING ) TO MARCH 29, 2007 |
| JUSTIN JOSE GARCIA, et al. | ) |
| Defendants. | ) Honorable Jeffrey S. White |

Defendant, Justin Jose Garcia, by and through his attorney, Steven F. Gruel, respectfully requests that the sentencing hearing scheduled for March 15, 2007 at 2:30 p.m. be rescheduled to March 29, 2007, at 2:30 p.m.

Sentencing in this case was scheduled to occur on February 22, 2007.  On February 15, 2007, the probation officer advised the Court and the parties that there was a need for a continuance due to staffing issues and workload demands.  The probation officer suggested a new date of March 15, 2007 and, unfortunately due to a miscommunication, stated that this proposed date was available for defense counsel.  Actually, March 15, 2007 is the one Thursday

*STIPULATION AND [PROPOSED] ORDER*
 *TO CONTINUE  SENTENCING HEARING*
*TO MARCH 29, 2007*

- 1

1  in March 2007 that defense counsel is not available.  In fact, for the entire week from March 13,
2  2007 to March 16, 2007 defense counsel will be in Washington D.C. representing a defendant in
3  a federal prosecution.  The defendant in that case has a grand jury appearance scheduled that
4  week as well as an appearance in Federal Court.  Consequently, defendant respectfully requests
5  that the Court continue the sentencing in this matter to March 29, 2007.  There are no Speedy
6  Trial concerns in that the defendant has entered his guilty plea in this case.
7      The United States Probation officer and the Assistant United States Attorney have been
8  contacted regarding this defense request for a continuance to March 29, 2007 and do not oppose
9  it.  Defense counsel has verified the Court's availability on March 29, 2007.
10         SO STIPULATED:
11 DATED: 3/02/07

13                      __/s/ ___ _____
                        STEVEN F. GRUEL,
14                      Attorney for Justin Jose Garcia

17 DATED:  3/02/07      __/s/_____
                        DENISE BARTON
18                      Assistant United States Attorney

26 *STIPULATION AND [PROPOSED] ORDER*
   *TO CONTINUE  SENTENCING HEARING*
   *TO MARCH 29, 2007*

                              - 2

## [PROPOSED] ORDER CONTINUING MATTER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the Court hereby continues this matter to March 29, 2007 at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

March 5, 2007

_____
JEFFREY S. WHITE
U.S. District Court Judge

*STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SENTENCING HEARING
TO MARCH 29, 2007*

- 3